— Logan —

IN THE MAGISTRATE COURT OF __Kanawha__ COUNTY, WEST VIRGINIA

Name, Address & Phone Number of Plaintiff:

Jonathan Childress
South Central Reg Ja.?

Case No. __2:19-cv-00752__

v.

Name, Address & Phone Number of Defendant

Regional Jail Authority

--- fold here ---                                                                 --- fold here ---

## CIVIL COMPLAINT

The above-named plaintiff or __Jonathan Childress__, on behalf of the plaintiff acting in the capacity of __Jonathan Childress__, alleges the following as true and accurate [give a clear and simple statement of the claim against the defendant(s)]: I was at South Western regional Jail when they told me to get ready for court and never told me to pack my personal that I wouldn't be coming back to that jail and I lost my mother's pictures and she is deceased. I lost other things also.

and requests the following relief from the court: ① The relief that I'm seeking is to be reimburst for the things that the regional jail lost allegedly has been lost. This has caused me to schedule another appointment with the Psych Doctor, to seek a higher dosage of Bipn-Ron mood stableilizer.

_[signature]_                                                            10-7-19
Signature                                                                Date

NOTICE: Any party in a civil action seeking over $20.00 or possession of real estate has the right to elect that the case be tried by a jury. You must give <u>written</u> notice to the magistrate court either 20 days from when the first timely answer to the complaint is made or 5 days from when service of the summons and complaint is made for unlawful entry and detainer actions. If you do not notify the magistrate court within the appropriate time period, you give up your right to a jury trial. The jury fee will be assessed against the losing party if the case is tried by a jury or may be prorated between the parties if the case is settled before trial.

(<u>OPTIONAL</u>) NOTICE OF ELECTION:
As plaintiff in the above action, I wish to have a jury trial.

_[signature]_                                                            10-7-19
Signature                                                                Date

NOTICE: Any person involved in court proceedings who has a disability and needs special accommodations should inform the court sufficiently in advance so that arrangements can be made if possible.

W.Va. Code §§ 50-4-1, 50-5-8(a); Mag. Ct. Civ. Rules 2, 6A

SCA-M207 / 10-94
Docket Code(s): ($MCIC0 | $MCIC1 | $MCIC2 | $MCIC3 | $MCIC4)

☐ Return
☐ Defendant
☐ File
☐ Plaintiff